■ EULIENE E. et al., Plaintiffs, v ST. LUKE'S-ROOSEVELT HOSPITAL CENTER et al., Defendants, and RODOLFO MORALES, Respondent. OFFICE OF THE CHIEF MEDICAL EXAMINER, Appellant. [711 NYS2d 724] —Order, Supreme Court, New York County (Stanley Sklar, J.), entered February 22, 1999, unanimously affirmed for the reasons stated by Sklar, J., without costs or disbursements. No opinion. Concur—Sullivan, P. J., Nardelli, Tom, Wallach and Saxe, JJ.